## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 16th day of November, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Construction Machinery, Inc.*
5075 Shoreham Place
San Diego, CA 92122

_____
Mary E. Augustine (No. 4477)

608884v1